ACCEPTED
03-15-00076-CR
7644863
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 3:39:18 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00076-CR

| | | |
|---|---|---|
| EVERTON ROXROY BAILEY | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 3:39:18 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on November 2, 2015.

2. No previous extensions of time have been requested by the State.

3. Appellant's brief was filed in this Court on October 1, 2015.

4. Mr. Prezas gave oral argument before this Court on October 22, 2015 in 03-14-00622-CR Greg Kelley vs. The State of Texas.

5. Mr. Prezas spent time preparing to represent the State in a live hearing with multiple witnesses before a visiting judge on an application for habeas corpus on October 30, 2015, in 92-435-K277A *State vs. Troy Dale Mansfield.* This hearing was ultimately cancelled unexpectedly due to flooding preventing visiting Judge

1

Shaver from attending the hearing.

6. Mr. Prezas expects to file the State's brief in State vs. Rex Allen Nisbett 03-14-00402-CR on November 10, 2015.

7. Mr. Prezas expects to present a brief on November 17, 2015, and oral argument on November 19, 2015, on the constitutionality of the Penal Code section 33.021(c),(d) in response to a pre-trial writ of habeas corpus in 15-0431-K368A.

8. Mr. Prezas anticipates filing the State's brief in 03-14-00585-CR State vs. Leovardo Cantos prior to the November 19, 2015, deadline.

9. Mr. Prezas anticipates filing the State's brief in 03-14-00802-CR State vs. Pedro Elizondo Martinez prior to the December 8, 2015, deadline.

10. Mr. Prezas anticipates being out of the office for portions of November and December due to the closure of childcare for his young children during the Thanksgiving and Christmas Holiday periods.

11. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty four (64) days from the current due date of November 2, 2015, to January 5, 2016.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to January 5, 2016.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on November 2, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Dal Ruggles, 1103 Nueces St., Austin, TX, 78701, by eservice at dal@ruggleslaw.com.

/s/ John C. Prezas
John C. Prezas

3